AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

v.

MIGUEL J. MATIAS

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER:   3:01-cr-216-J-25MCR
USM NUMBER:   29522-018

Defendant's Attorney:  James H. Burke, Jr. (pda)

## THE DEFENDANT:

___**X**___ admitted guilt to violation of charge number(s)___One and Two___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Illegal re-entry into the United States (violation of the condition of supervision which prohibits the defendant from committing another crime while under supervision). | March 23, 2003 |
| Two | Illegal re-entry into the United States (violation of the special condition that if deported, defendant would not re-enter the United States unless allowed to do so legally). | March 23, 2003 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___**X**___ The defendant has not violated charge number(s)___Three___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  July 12, 2007

**HENRY LEE ADAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  July 12, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
        Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | MIGUEL J. MATIAS | Judgment - Page _2_ of _2_ |
| Case No.: | 3:01-cr-216-J-25MCR | |

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **four (4) months, to run consecutively to the sentence of imprisonment imposed in Case No. 3:07-cr-35-J-25HTS.**

\_\_\_\_\_  The Court makes the following recommendations to the Bureau of Prisons:

   **X**\_\_\_  The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_  The defendant shall surrender to the United States Marshal for this district:

      \_\_\_  at _____ a.m.   p.m.  on _____.

      \_\_\_  as notified by the United States Marshal.

\_\_\_\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      \_\_\_  before 2 p.m. on _____.

      \_\_\_  as notified by the United States Marshal.

      \_\_\_  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

                                   _____
                                      UNITED STATES MARSHAL

              By  _____
                                        DEPUTY UNITED STATES MARSHAL